**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**KEVIN McDONALD,**

> Petitioner,

v.                                                                       Civil Action No. **3:11CV129**

**UNITED STATES OF AMERICA,**

> Respondent.


**MEMORANDUM OPINION**

By Memorandum Order entered on February 25, 2011, the Court conditionally docketed

Petitioner's action.  At that time, the Court directed Petitioner to submit a statement under oath

or penalty of perjury that:

> (A)   Identifies the nature of the action;
> (B)   States his belief that he is entitled to relief;
> (C)   Avers that he is unable to prepay fees or give security therefor; and,
> (D)   Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1).  The Court provided Petitioner with an *in forma pauperis* affidavit

form for this purpose.

Additionally, the Court directed Petitioner to affirm his intention to pay the full filing fee

by signing and returning a consent to the collection of fees form.  The Court warned Petitioner

that a failure to comply with either of the above directives within thirty (30) days of the date of

entry thereof would result in summary dismissal of the action.  By Order entered on March 22,

2011, the Court granted Petitioner an extension of time until June 27, 2011 to file the required

forms.

Petitioner has not complied with Court's order to return a consent to collection of fees form or an *in forma pauperis* affidavit. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant complaint. *See* 28 U.S.C. § 1914(a). Petitioner's actions demonstrate a wilful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

/s/
_____
James R. Spencer
Chief United States District Judge

Date: 10-25-11
Richmond, Virginia